IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACHARY CORTEZ HAGGAN,<br><br>               Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | 4:17CV3058<br><br>**ORDER** |

This matter is before the court on plaintiff's motion for leave to proceed in forma pauperis in this appeal from a decision by the Social Security Administration, Filing No. 2. The court has reviewed the motion and finds that it should be granted.

IT IS ORDERED that plaintiff's motion to proceed in forma pauperis, Filing No. 2, is granted.

Dated this 15th day of May, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge