IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACHARY CORTEZ HAGGAN, | |
| Plaintiff, | 4:17CV3058 |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | ORDER OF DISMISSAL |
| Defendant. | |

This matter is before the court following entry of an order dated May 16, 2018, wherein the court issued a show cause as to why this case should not be dismissed. Filing No. 5. Since that time, nothing has been filed in this case, nor have summons being issued. The time for service of summons has long past. Accordingly, the court will dismiss this case without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

THEREFORE, IT IS ORDERED that this case is dismissed without prejudice.

Dated this 1st day of June, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge